UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| JOSE MAGANA ZAVALA, | |
|---|---|
| Movant, | CRIMINAL ACTION NO. 1:07-CR-0279-31-CAP |
| v. | CIVIL ACTION NO. 1:11-CV-3836-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## ORDER

This action is before the court on the magistrate judge's report and recommendation ("R&R") [Doc. No. 2020]. The movant has filed objections to the R&R in which he fails to specify with particularity any alleged errors in the R&R. Rather, the movant simply reiterates the arguments he asserted in his motion to vacate.

The undersigned is in agreement with the R&R, finds no error therein, and ADOPTS is as the order and opinion of this court.

SO ORDERED, this 24 day of October, 2012.

_____
CHARLES A. PANNELL JR.
United States District Judge