UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEOPOLDO CASTANEDA
HERRERA,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

CRIMINAL ACTION NO.
1:07-CR-0279-29-CAP
CIVIL ACTION NO.
1:12-CV-2565-CAP

# **O R D E R**

This action is before the court on the magistrate judge's report and recommendation ("R&R") [Doc. No. 2039]. There are no objections by the movant. Finding no error in the R&R, it is adopted as the opinion and order of this court.

SO ORDERED, this 14th day of March, 2013.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge